(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---------|------------------------------------------------------------|--------------------|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shaltiel, Aharon Roni** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **xxx-xx-5250** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2636 Toledo Ave. S**<br>**St. Louis Park, MN 55416** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Hennepin** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)        ☐ Railroad<br>☐ Corporation      ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other_____  ☐ Clearing Bank | ■ Chapter 7       ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9       ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business     ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Shaltiel, Aharon Roni**

FORM B1, Page 2

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Aharon Roni Shaltiel**
Signature of Debtor **Aharon Roni Shaltiel**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February 11, 2005**
Date

### Signature of Attorney

X    **/s/ David J. Van House**
Signature of Attorney for Debtor(s)

**David J. Van House 165190**
Printed Name of Attorney for Debtor(s)

**Van House & Associates**
Firm Name

**200 Village Center Drive**
**Suite 800**
**North Oaks, MN 55127**
Address          **Email: dvanhouse@vanhouse.com**

**651-255-9500  Fax: 651-255-9504**
Telephone Number

**February 11, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ David J. Van House        February 11, 2005**
Signature of Attorney for Debtor(s)          Date
**David J. Van House**

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### District of Minnesota

In re **Aharon Roni Shaltiel** ,                    Case No. _____

                                     Debtor

                                                    Chapter_____**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 260,000.00 | | |
| B - Personal Property | Yes | 4 | 6,033.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 272,879.21 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 297,075.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,809.00 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 266,033.00 | | |
| Total Liabilities | | | | 569,955.12 | |

In re   **Aharon Roni Shaltiel**                                                          ,   Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **LOT 10 AND THE NORTH ONE-HALF OF LOT 11, BLOCK 1, AMERICAN SECURITY INVESTMENT CO'S OAK TERRACE, HENNEPIN COUNTY, MINNESOTA.  SUBJECT TO EASEMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD, IF ANY.** <br><br> **A.P.N. 31-029-24-32-0008** <br><br> **2636 Toledo Ave S** <br> **St. Louis Park, MN 55416** <br><br> **Sold at Sheriff's Sale** <br> **Redemption Period expires June 9, 2005** | **Joint tenant** | **-** | **260,000.00** | **272,879.21** |

|  |  |  |
|---|---|---|
| Sub-Total > | **260,000.00** | (Total of this page) |
| Total > | **260,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

In re    **Aharon Roni Shaltiel**                                    ,    Case No. _____

                                            Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Television, VCR, Stereo** | - | 200.00 |
| | | **Living Room, Bedroom and Dining Room Furnishings** | - | 800.00 |
| | | **Appliances** | - | 600.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Various Clothing Items** | - | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **2,100.00** |
| (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Aharon Roni Shaltiel**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **One hundred percent ownership interest in Food Express d/b/a New York Bakery** | - | 1.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Anticipated Federal Income Tax Return** | - | 1,974.00 |
| | | **Anticipated Minnesota Income Tax Return** | - | 958.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total > **2,933.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Aharon Roni Shaltiel**                        ,        Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Business and Trade equipment including slicer** | **-** | **1,000.00** |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >       **1,000.00**<br>(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re    **Aharon Roni Shaltiel**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Other personal property of any kind not already listed. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **6,033.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re      **Aharon Roni Shaltiel**                                                                    ,   Case No. _____

                                                                    Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

- ■ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ☐ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **LOT 10 AND THE NORTH ONE-HALF OF LOT 11, BLOCK 1, AMERICAN SECURITY INVESTMENT CO'S OAK TERRACE, HENNEPIN COUNTY, MINNESOTA.  SUBJECT TO EASEMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD, IF ANY.** | **11 U.S.C. § 522(d)(1)** | **9,250.00** | **260,000.00** |
| **A.P.N. 31-029-24-32-0008** | | | |
| **2636 Toledo Ave S** **St. Louis Park, MN 55416** | | | |
| **Sold at Sheriff's Sale** **Redemption Period expires June 9, 2005** | | | |
| **Household Goods and Furnishings** **Television, VCR, Stereo** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **Living Room, Bedroom and Dining Room Furnishings** | **11 U.S.C. § 522(d)(3)** | **800.00** | **800.00** |
| **Appliances** | **11 U.S.C. § 522(d)(3)** | **600.00** | **600.00** |
| **Wearing Apparel** **Various Clothing Items** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |
| **Stock and Interests in Businesses** **One hundred percent ownership interest in Food Express d/b/a New York Bakery** | **11 U.S.C. § 522(d)(5)** | **1.00** | **1.00** |
| **Accounts Receivable** **Anticipated Federal Income Tax Return** | **11 U.S.C. § 522(d)(5)** | **1,974.00** | **1,974.00** |
| **Anticipated Minnesota Income Tax Return** | **11 U.S.C. § 522(d)(5)** | **958.00** | **958.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** **Business and Trade equipment including slicer** | **11 U.S.C. § 522(d)(5)** | **1,000.00** | **1,000.00** |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6D
(12/03)

In re  **Aharon Roni Shaltiel**                                        ,                    Case No. _____

_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **32995078**<br><br>**Ocwen Federal Bank**<br>**12650 Ingenuity Drive**<br>**Orlando, FL 32826-2703** | | - | **LOT 10 AND THE NORTH ONE-HALF OF LOT 11, BLOCK 1, AMERICAN SECURITY INVESTMENT CO'S OAK TERRACE, HENNEPIN COUNTY, MINNESOTA. SUBJECT TO EASEMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD, IF ANY. A.P.N. 31-029-24-32-0008** | | | | | |
| | | | Value $                        **260,000.00** | | | | **272,879.21** | **12,879.21** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

|  | Subtotal<br>(Total of this page) | **272,879.21** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **272,879.21** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E
(04/04)

In re    **Aharon Roni Shaltiel**                                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S C § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Form B6F
(12/03)

In re **Aharon Roni Shaltiel** , Case No. _____
                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Abraham & Hadassah Levine** <br> **2506 Inglewood Ave S.** <br> **St. Louis Park, MN 55416** | | - | | | Loan | | | | 4,100.00 |
| Account No. **010002816** <br><br> **Acorn** <br> **1121 Jackson St. NE** <br> **Minneapolis, MN 55413** | X | - | | | Trade debt | | | | 588.75 |
| Account No. <br><br> **Advantage Company** <br> **301 8th Ave. SE** <br> **Kasson, MN 55944** | X | - | | | Trade debt | | | | 2,000.00 |
| Account No. <br><br> **Altman & Izek** <br> **140 Bassett Creek Business Ctr** <br> **901 North Third Street** <br> **Minneapolis, MN 55401-1001** | | - | | | Services Rendered | | | | 1,500.00 |

___10___ continuation sheets attached

Subtotal
(Total of this page)

8,188.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          S/N:27854-050128   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 00976146955<br><br>**American Family Insurance**<br>**c/o C.C.s Payment Processing**<br>**PO Box 709**<br>**Needham Heights, MA 02494** | | - | Services Rendered | | | | 77.76 |
| Account No. **FOODEX**<br><br>**American Paper Supply, Inc.**<br>**2201 Florida Ave. S**<br>**Minneapolis, MN 55426** | X | - | Trade debt | | | | 117.66 |
| Account No. 423156223<br><br>**AmeriCredit**<br>**4001 Embarcadero**<br>**Arlington, TX 76014** | | - | Loan | | | | 10,875.00 |
| Account No.<br><br>**B&W Specialty Coffee Co.**<br>**2010 E. Hennepin**<br>**Minneapolis, MN 55413** | X | - | Trade debt | | | | 509.07 |
| Account No.<br><br>**Bais Yisroel**<br>**Twin City Kollel**<br>**4221 Sunset Blvd.**<br>**St. Louis Park, MN 55416** | | - | Services Rendered | | | | 150.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 11,729.49 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel**                                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **BakeMark** 14675 Martin Drive Eden Prairie, MN 55344 | X | - | | | Trade debt | | | | 413.65 |
| Account No. 500324 **Baldinger Baking LP** 215 Evita St. Saint Paul, MN 55107 | X | - | | | Trade debt | | | | 1,360.51 |
| Account No. 4791-2423-0441-7341 **Capital One** PO Box 34631 Seattle, WA 98124-1631 | X | - | | | Trade debt | | | | 535.05 |
| Account No. 542-007-083-006 **Center Point Energy Minnegasco** PO Box 1297 Minneapolis, MN 55447 | X | - | | | Trade debt | | | | 4,584.73 |
| Account No. **Chaim Fink** 4215 Fader Wood Rd. St. Louis Park, MN 55416 | | - | | | Loan | | | | 500.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,393.94

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel**                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **64583**<br><br>**Children's Medical Center**<br>**1625 Marion Street**<br>**Denver, CO 80218** | | - | | | **Medical Expenses** | | | | **77.00** |
| Account No. **05168**<br><br>**Cintas Corporation**<br>**11500 95th Ave. N**<br>**Maple Grove, MN 55369** | X | - | | | **Trade debt** | | | | **798.97** |
| Account No.<br><br>**Citizen Independent Bank**<br>**5000 West 36th Street**<br>**St. Louis Park, MN 55416** | | - | | | **Loan** | | | | **850.37** |
| Account No. **1-2682-00-10-3**<br><br>**City of St. Louis Park**<br>**PO Box 16801**<br>**St. Louis Park, MN 55416** | X | - | | | **Utilities** | | | | **572.74** |
| Account No.<br><br>**CrossTown Mechanical, Inc.**<br>**509 Como Ave.**<br>**Saint Paul, MN 55103** | X | - | | | **Trade debt** | | | | **1.00** |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,300.08**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Aharon Roni Shaltiel**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Daniel Sher**<br>**4633 Cedar Lake Rd. S**<br>**St. Louis Park, MN 55416** | | - | | **Trade debt** | | | | **65,000.00** |
| Account No.<br><br>**David Amir**<br>**3100 Inglewood Ave. S**<br>**St. Louis Park, MN 55416** | | - | | **Services Rendered** | | | X | **2,000.00** |
| Account No.<br><br>**David M. Rine**<br>**2444 W. Greenleaf Ave**<br>**Chicago, IL 60645** | | - | | **Loan** | | | | **1,000.00** |
| Account No.<br><br>**Dove Rine**<br>**6315 N. Whapple St.**<br>**Chicago, IL 60659** | | - | | **Loan** | | | | **1,000.00** |
| Account No.<br><br>**Dr. David & Vivian Bacaner**<br>**5024 West 28th St.**<br>**St. Louis Park, MN 55416** | | - | | **Loan** | | | | **1,000.00** |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **70,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel**                                      ,    Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **422020**<br><br>**Dr. David Hertelendy, DMD**<br>**c/o Rose & Erickson**<br>**921 Mainstreet, PO Box 5560**<br>**Hopkins, MN 55343** | - | | **Medical Expenses** | | | | **3,815.17** |
| Account No.<br><br>**Dr. Ephrayim Zinberg** | - | | **Loan** | | | | **1,000.00** |
| Account No.<br><br>**Dr. Gerald M. B. Chester**<br>**700 Lumber Exchange Bldg.**<br>**Minneapolis, MN 55402** | - | | **Loan** | | | | **1,750.00** |
| Account No.<br><br>**Dr. Marvin & Haddassa Bacaner**<br>**2900 Thomas Ave S., # 2216**<br>**Minneapolis, MN 55416** | - | | **Loan** | | | | **7,000.00** |
| Account No.<br><br>**Dr. Sidney W. & Bonnie W. Kass**<br>**2721 Glenhurst Ave.**<br>**St. Louis Park, MN 55416** | - | | **Loan** | | | | **5,000.00** |

Sheet no. __**5**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **18,565.17**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel**                                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **91756-86-83** <br><br> **Farmers Insurance Group** <br> **PO Box 1527** <br> **Aurora, IL 60507** | | - | | | **Services Rendered** | | | | **1,471.25** |
| Account No. <br><br> **Fine Management of MN** <br> **2101 Hennepin Avenue** <br> **Minneapolis, MN 55405** | | - | | | **April 11, 2003** <br> **Trade debt** | | | | **45,932.85** |
| Account No. **31-029-24 32 0008** <br><br> **Hennepin County Treasurer** <br> **A600 Government Center** <br> **Minneapolis, MN 55487-0060** | X | - | | | **Property Taxes** | | | | **1,227.43** |
| Account No. **111859** <br><br> **Integra Telecom** <br> **PO Box 2966** <br> **Milwaukee, WI 53201** | X | - | | | **Trade debt** | | | | **366.07** |
| Account No. <br><br> **Jerel & Judith Shapiro** <br> **2516 Monterey Ave S.** <br> **St. Louis Park, MN 55416** | | - | | | **Loan** | | | | **3,100.00** |

Sheet no. __**6**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **52,097.60**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel**                                                                    ,    Case No. _____
                                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kenesseth Israel Congregation** <br> **4330 W 28th St.** <br> **St. Louis Park, MN 55416** | | - | Services Rendered | | | | 1,348.00 |
| Account No. <br><br> **Larry Camp** <br> **802 County Rd. D, Apt 210** <br> **New Brighton, MN 55112** | X | - | Services Rendered | | | | 4,055.00 |
| Account No. 1606700 <br><br> **Liberty Carton Company** <br> **PO Box 86** <br> **SDS 12-0731** <br> **Minneapolis, MN 55486** | X | - | Trade debt | | | | 1,289.47 |
| Account No. <br><br> **Mestiva of Allegheny County** <br> **1400 Summit Street** <br> **White Oak, PA 15131** | | - | Services Rendered | | | | 4,000.00 |
| Account No. 3349537-000 <br><br> **Minnesota Department of Employ** <br> **Unemployment Accounts** <br> **390 Robert St. N** <br> **Saint Paul, MN 55101-1897** | X | - | Trade debt | | | | 1.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,693.47**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Aharon Roni Shaltiel** _____,    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **24MN0011831**<br><br>**Minnesota Fair Plain<br>PO Box 581279<br>Minneapolis, MN 55447** | X | - | | | Services Rendered | | | | 1.00 |
| Account No.<br><br>**Mohs Tax Service<br>1771 Ford Parkway<br>Saint Paul, MN 55116** | | - | | | Services Rendered | | | | 900.00 |
| Account No.<br><br>**Moshe Morrie Liberman<br>1833 Jersey Ave. S.<br>St. Louis Park, MN 55426** | | - | | | Loan | | | | 6,000.00 |
| Account No.<br><br>**Patrick Fisher<br>3110 Raleigh Ave., #202<br>St. Louis Park, MN 55416** | | - | | | Loan | | | | 1,382.91 |
| Account No.<br><br>**Philis Rine<br>6315 N. Whapple St.<br>Chicago, IL 60659** | | - | | | Loan | | | | 1,000.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)      **9,283.91**

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel** _____,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rabbi Shimon & Hadassah Perez <br> 2934 Princeton Ave. S <br> St. Louis Park, MN 55416** | - | | Loan | | | | 3,000.00 |
| Account No. 4393314 <br><br> **Star Tribune <br> 425 Portland Avenue <br> Minneapolis, MN 55488** | X - | | Services Rendered | | | | 162.25 |
| Account No. Z 4841290 <br><br> **Summit Bank <br> 651 N Stiles St <br> Linden, NJ 07036-5759** | - | | Judgment | | | | 6,276.00 |
| Account No. 420901 <br><br> **Sysco Minnesota <br> 2400 County Rd. J West <br> Saint Paul, MN 55112-4507** | X - | | Trade debt | | | | 56.27 |
| Account No. <br><br> **Tatiana Soukhanova <br> 138 Willougby Way West <br> Minnetonka, MN 55305** | X - | | Trade debt | | | | 46,962.55 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**56,457.07**

Form B6F - Cont.
(12/03)

In re    **Aharon Roni Shaltiel** _____,    Case No. _____

                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2431**<br><br>**Torah Academy of Minnesota**<br>**2800 Joppa**<br>**Minneapolis, MN 55416** | | - | Services Rendered | | | | 1,966.34 |
| Account No. **601521472**<br><br>**Verizon Wireless**<br>**PO Box 790406**<br>**Saint Louis, MO 63179** | | - | Services Rendered | | | | 1,030.00 |
| Account No.<br><br>**Worku Mindaye**<br>**Shega Inc.**<br>**2325 Franklin Ave. E.**<br>**Minneapolis, MN 55406** | X | - | Trade debt | | | | 45,000.00 |
| Account No. **1890-942-623**<br><br>**Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484-9477** | X | - | Trade debt | | | | 1,100.09 |
| Account No. **13475**<br><br>**Yeshiva Toras Chaim**<br>**Talmudical Seminary/Denver**<br>**1555 Stuart St., PO Box 40067**<br>**Denver, CO 80204** | | - | Services Rendered | | | | 1,270.00 |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 50,366.43 |
| Total<br>(Report on Summary of Schedules) | | 297,075.91 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re    **Aharon Roni Shaltiel**                                                      ,      Case No. _____
                                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **Aharon Roni Shaltiel**                                                          ,    Case No. _____

                                                            Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Debra Ray Michels**<br>**16795 Cnty Rd 24 Ste 110**<br>**Plymouth, MN 55447** | **Minnesota Fair Plain**<br>**PO Box 581279**<br>**Minneapolis, MN 55447** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Star Tribune**<br>**425 Portland Avenue**<br>**Minneapolis, MN 55488** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Capital One**<br>**PO Box 34631**<br>**Seattle, WA 98124-1631** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Minnesota Department of Employ**<br>**Unemployment Accounts**<br>**390 Robert St. N**<br>**Saint Paul, MN 55101-1897** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Baldinger Baking LP**<br>**215 Evita St.**<br>**Saint Paul, MN 55107** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **BakeMark**<br>**14675 Martin Drive**<br>**Eden Prairie, MN 55344** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484-9477** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Worku Mindaye**<br>**Shega Inc.**<br>**2325 Franklin Ave. E.**<br>**Minneapolis, MN 55406** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Larry Camp**<br>**802 County Rd. D, Apt 210**<br>**New Brighton, MN 55112** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **American Paper Supply, Inc.**<br>**2201 Florida Ave. S**<br>**Minneapolis, MN 55426** |
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Tatiana Soukhanova**<br>**138 Willougby Way West**<br>**Minnetonka, MN 55305** |

  **2**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Aharon Roni Shaltiel**                                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Food Express**<br>**2636 Toledo Ave S**<br>**St. Louis Park, MN 55416** | **Advantage Company**<br>**301 8th Ave. SE**<br>**Kasson, MN 55944** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Liberty Carton Company**<br>**PO Box 86**<br>**SDS 12-0731**<br>**Minneapolis, MN 55486** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Center Point Energy**<br>**Minnegasco**<br>**PO Box 1297**<br>**Minneapolis, MN 55447** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Worku Mindaye**<br>**Shega Inc.**<br>**2325 Franklin Ave. E.**<br>**Minneapolis, MN 55406** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Larry Camp**<br>**802 County Rd. D, Apt 210**<br>**New Brighton, MN 55112** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Cintas Corporation**<br>**11500 95th Ave. N**<br>**Maple Grove, MN 55369** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **B&W Specialty Coffee Co.**<br>**2010 E. Hennepin**<br>**Minneapolis, MN 55413** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Integra Telecom**<br>**PO Box 2966**<br>**Milwaukee, WI 53201** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Acorn**<br>**1121 Jackson St. NE**<br>**Minneapolis, MN 55413** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **CrossTown Mechanical, Inc.**<br>**509 Como Ave.**<br>**Saint Paul, MN 55103** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Sysco Minnesota**<br>**2400 County Rd. J West**<br>**Saint Paul, MN 55112-4507** |
| **New York Bakery**<br>**8128 Minnetonka Blvd**<br>**St. Louis Park, MN 55426** | **Advantage Company**<br>**301 8th Ave. SE**<br>**Kasson, MN 55944** |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Aharon Roni Shaltiel**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Orit Shaitiel**<br>**2636 Toledo Ave S.**<br>**St. Louis Park, MN 55416-1922** | **City of St. Louis Park**<br>**PO Box 16801**<br>**St. Louis Park, MN 55416** |
| **Orit Shaitiel**<br>**2636 Toledo Ave S.**<br>**St. Louis Park, MN 55416-1922** | **Hennepin County Treasurer**<br>**A600 Government Center**<br>**Minneapolis, MN 55487-0060** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

Form B6I
(12/03)

In re  **Aharon Roni Shaltiel** _____  Case No. _____

Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>    Son<br>    Son<br>    Daughter | AGE<br>17<br>18<br>24 |

| **EMPLOYMENT** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Baker** | |
| Name of Employer | **National Choice** | |
| How long employed | **2 Months** | |
| Address of Employer | **Twin City Bagel**<br>**130 Hardman Ave S**<br>**South Saint Paul, MN 55075** | |

INCOME: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **0.00** | $ **N/A** |
| Estimated monthly overtime | $ **0.00** | $ **N/A** |
| SUBTOTAL | $ **0.00** | $ **N/A** |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ **0.00** | $ **N/A** |
| b.  Insurance | $ **0.00** | $ **N/A** |
| c.  Union dues | $ **0.00** | $ **N/A** |
| d.  Other (Specify) _____ | $ **0.00** | $ **N/A** |
| _____ | $ **0.00** | $ **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **N/A** |
| Income from real property | $ **0.00** | $ **N/A** |
| Interest and dividends | $ **0.00** | $ **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **N/A** |
| _____ | $ **0.00** | $ **N/A** |
| Pension or retirement income | $ **0.00** | $ **N/A** |
| Other monthly income (Specify) _____ | $ **0.00** | $ **N/A** |
| _____ | $ **0.00** | $ **N/A** |
| TOTAL MONTHLY INCOME | $ **0.00** | $ **N/A** |

TOTAL COMBINED MONTHLY INCOME    $ _____ **0.00**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re    **Aharon Roni Shaltiel**                                    Case No. _____

                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| Are real estate taxes included? | Yes ___ No **X** | | |
| Is property insurance included? | Yes ___ No **X** | | |
| Utilities:  Electricity and heating fuel | | $ | 120.00 |
| Water and sewer | | $ | 110.00 |
| Telephone | | $ | 37.00 |
| Other   **Minnegasco** | | $ | 100.00 |
| Home maintenance (repairs and upkeep) | | $ | 50.00 |
| Food | | $ | 400.00 |
| Clothing | | $ | 100.00 |
| Laundry and dry cleaning | | $ | 20.00 |
| Medical and dental expenses | | $ | 20.00 |
| Transportation (not including car payments) | | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner's or renter's | | $ | 0.00 |
| Life | | $ | 0.00 |
| Health | | $ | 12.00 |
| Auto | | $ | 0.00 |
| Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| Auto | | $ | 0.00 |
| Other | | $ | 0.00 |
| Other | | $ | 0.00 |
| Other | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 200.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other   **Tuition** | | $ | 440.00 |
| Other | | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          $ | 1,809.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
|          (interval) | | |

# United States Bankruptcy Court
### District of Minnesota

In re   __Aharon Roni Shaltiel__

Debtor(s)

Case No. _____

Chapter   __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 11, 2005__

Signature   __/s/ Aharon Roni Shaltiel__

**Aharon Roni Shaltiel**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## District of Minnesota

In re   __Aharon Roni Shaltiel__                                           Case No. _____

                                        Debtor(s)              Chapter  __7__  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$1,800.00** | **2002** |
| **$2,000.00** | **2003** |
| **$24,201.34** | **2004** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

**3. Payments to creditors**

None ■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **AmeriCredit** | **December 2004** | **2002 Ford Cargovan E150** |
| **4001 Embarcadero** | | **VIN 1FTRE142X2HB43651** |
| **Arlington, TX 76014** | | **Retail Aprox. 12k, Trade Aprox 9k** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

3

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Van House & Associates**<br>**200 Village Center Drive**<br>**Suite 800**<br>**North Oaks, MN 55127** | | **$1,291.00** |

### 10. Other transfers

None
■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citizen Bank**<br>**4201 Minnetonka Blvd**<br>**St. Louis Park, MN 55416** | **Business Checking Acct No. 0168716** | **$0.00 January 3, 2005** |
| **Citizens Bank**<br>**4201 Minnetonka Blvd**<br>**St. Louis Park, MN 55416** | **Checking Account No.: 1234368** | **0.00 January 3, 2005** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Orit Shalitiel - Spouse**

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
□  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Food Express** | **41-2008194** | **2636 Toledo Ave. S Minneapolis, MN 55416** | **Bakery/Catering f/k/a Shaltiel Catering** | **1999 - 2004** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mohs Tax Service**<br>**1771 Ford Parkway**<br>**Saint Paul, MN 55116** | **1999 - Present** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mohs Tax Service** | **1771 Ford Parkway**<br>**Saint Paul, MN 55116** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

7

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Aharon Roni Shaltiel**<br>**2636 Toledo Ave. S.**<br>**St. Louis Park, MN 55416** | **President** | **100%`** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Tatiana Soukhanova**<br>**138 Willougby Way West**<br>**Minnetonka, MN 55305** | **Owner** | **March 5, 2003** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 11, 2005**          Signature  **/s/ Aharon Roni Shaltiel**
                                                  **Aharon Roni Shaltiel**
                                                  Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### District of Minnesota

In re   **Aharon Roni Shaltiel**                                    Case No. _____

                                        Debtor(s)        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

**Description of Property**                               **Creditor's name**
-NONE-

*b. Property to Be Retained*                               *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **LOT 10 AND THE NORTH ONE-HALF OF LOT 11, BLOCK 1, AMERICAN SECURITY INVESTMENT CO'S OAK TERRACE, HENNEPIN COUNTY, MINNESOTA.  SUBJECT TO EASEMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD, IF ANY.** **A.P.N. 31-029-24-32-0008** **2636 Toledo** | **Ocwen Federal Bank** | **X** **(avoid lien)** | | |

Date  **February 11, 2005** _____        Signature   **/s/ Aharon Roni Shaltiel** _____

                                                        **Aharon Roni Shaltiel**
                                                        Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

# United States Bankruptcy Court
### District of Minnesota

In re   **Aharon Roni Shaltiel**                                                                    Case No.

_____

Debtor(s)                    Chapter    **7**

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) & § 329(a) of the Bankruptcy Code, states that:

1.   The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.   (a)   The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:   $ _____**209.00**

(b)   The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:   $ _____**1,291.00**

(c)   Prior to filing this statement, the debtor(s) paid to the undersigned:   $ _____**1,291.00**

(d)   The unpaid balance due and payable by the debtor(s) to the undersigned is:   $ _____**0.00**

3.   The services rendered or to be rendered include the following:
(a)   analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;
(b)   preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;
(c)   representation of the debtor(s) at the meeting of creditors;
(d)   other services reasonably necessary to represent the debtor(s) in this case.

4.   The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:   **Attorneys' fees paid by Joseph and David Goldberger**

5.   The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

6.   By agreement with the debtor, the above disclosed fee does not include representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, negotiations with secured creditors to reduce to market value, exemption planning, preparation and filing of reaffirmation agreements, and applications, preparation and filing of motions pursuant to 11USC 522(f)(2)(A) for avoidance of liens on household goods.

Dated:   **January  4, 2005**                                    Signed:   **/s/ David J. Van House**
                                                                                    **David J. Van House**

                                                                                    Attorney for Debtor(s)
                                                                                    **Van House & Associates**
                                                                                    **200 Village Center Drive**
                                                                                    **Suite 800**
                                                                                    **North Oaks, MN 55127**
                                                                                    **651-255-9500  Fax: 651-255-9504**

LOCAL RULE REFERENCE:  1007-1

# United States Bankruptcy Court
## District of Minnesota

In re   **Aharon Roni Shaltiel**

Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **February 11, 2005**

**/s/ Aharon Roni Shaltiel**
**Aharon Roni Shaltiel**
Signature of Debtor

ABRAHAM & HADASSAH LEVINE
2506 INGLEWOOD AVE S.
ST. LOUIS PARK MN 55416


ACORN
1121 JACKSON ST. NE
MINNEAPOLIS MN 55413


ADVANTAGE COMPANY
301 8TH AVE. SE
KASSON MN 55944


ALTMAN & IZEK
140 BASSETT CREEK BUSINESS CTR
901 NORTH THIRD STREET
MINNEAPOLIS MN 55401-1001


AMERICAN FAMILY INSURANCE
C/O C.C.S PAYMENT PROCESSING
PO BOX 709
NEEDHAM HEIGHTS MA 02494


AMERICAN PAPER SUPPLY, INC.
2201 FLORIDA AVE. S
MINNEAPOLIS MN 55426


AMERICREDIT
4001 EMBARCADERO
ARLINGTON TX 76014


B&W SPECIALTY COFFEE CO.
2010 E. HENNEPIN
MINNEAPOLIS MN 55413


BAIS YISROEL
TWIN CITY KOLLEL
4221 SUNSET BLVD.
ST. LOUIS PARK MN 55416

BAKEMARK
14675 MARTIN DRIVE
EDEN PRAIRIE MN 55344


BALDINGER BAKING LP
215 EVITA ST.
SAINT PAUL MN 55107


CAPITAL ONE
PO BOX 34631
SEATTLE WA 98124-1631


CENTER POINT ENERGY
MINNEGASCO
PO BOX 1297
MINNEAPOLIS MN 55447


CHAIM FINK
4215 FADER WOOD RD.
ST. LOUIS PARK MN 55416


CHILDREN'S MEDICAL CENTER
1625 MARION STREET
DENVER CO 80218


CINTAS CORPORATION
11500 95TH AVE. N
MAPLE GROVE MN 55369


CITIZEN INDEPENDENT BANK
5000 WEST 36TH STREET
ST. LOUIS PARK MN 55416


CITY OF ST. LOUIS PARK
PO BOX 16801
ST. LOUIS PARK MN 55416

CROSSTOWN MECHANICAL, INC.
509 COMO AVE.
SAINT PAUL MN 55103


DANIEL SHER
4633 CEDAR LAKE RD. S
ST. LOUIS PARK MN 55416


DAVID AMIR
3100 INGLEWOOD AVE. S
ST. LOUIS PARK MN 55416


DAVID M. RINE
2444 W. GREENLEAF AVE
CHICAGO IL 60645


DOVE RINE
6315 N. WHAPPLE ST.
CHICAGO IL 60659


DR. DAVID & VIVIAN BACANER
5024 WEST 28TH ST.
ST. LOUIS PARK MN 55416


DR. DAVID HERTELENDY, DMD
C/O ROSE & ERICKSON
921 MAINSTREET, PO BOX 5560
HOPKINS MN 55343


DR. EPHRAYIM ZINBERG


DR. GERALD M. B. CHESTER
700 LUMBER EXCHANGE BLDG.
MINNEAPOLIS MN 55402

DR. MARVIN & HADDASSA BACANER
2900 THOMAS AVE S., # 2216
MINNEAPOLIS MN 55416


DR. SIDNEY W. & BONNIE W. KASS
2721 GLENHURST AVE.
ST. LOUIS PARK MN 55416


FARMERS INSURANCE GROUP
PO BOX 1527
AURORA IL 60507


FINE MANAGEMENT OF MN
2101 HENNEPIN AVENUE
MINNEAPOLIS MN 55405


HENNEPIN COUNTY TREASURER
A600 GOVERNMENT CENTER
MINNEAPOLIS MN 55487-0060


INTEGRA TELECOM
PO BOX 2966
MILWAUKEE WI 53201


JEREL & JUDITH SHAPIRO
2516 MONTEREY AVE S.
ST. LOUIS PARK MN 55416


JOSEPH, MANN & CREED
20600 CHAGRIN BLVD, SUITE 550
SHAKER HEIGHTS OH 44122


KENESSETH ISRAEL CONGREGATION
4330 W 28TH ST.
ST. LOUIS PARK MN 55416

LARRY CAMP
802 COUNTY RD. D, APT 210
NEW BRIGHTON MN 55112


LIBERTY CARTON COMPANY
PO BOX 86
SDS 12-0731
MINNEAPOLIS MN 55486


MESTIVA OF ALLEGHENY COUNTY
1400 SUMMIT STREET
WHITE OAK PA 15131


MINNESOTA DEPARTMENT OF EMPLOY
UNEMPLOYMENT ACCOUNTS
390 ROBERT ST. N
SAINT PAUL MN 55101-1897


MINNESOTA FAIR PLAIN
PO BOX 581279
MINNEAPOLIS MN 55447


MOHS TAX SERVICE
1771 FORD PARKWAY
SAINT PAUL MN 55116


MOSHE MORRIE LIBERMAN
1833 JERSEY AVE. S.
ST. LOUIS PARK MN 55426


MULLIGAN & BJORNNES PLLP
401 GROVELAND AVE.
MINNEAPOLIS MN 55403


OCWEN FEDERAL BANK
12650 INGENUITY DRIVE
ORLANDO FL 32826-2703

PATRICK FISHER
3110 RALEIGH AVE., #202
ST. LOUIS PARK MN 55416


PHILIS RINE
6315 N. WHAPPLE ST.
CHICAGO IL 60659


RABBI SHIMON & HADASSAH PEREZ
2934 PRINCETON AVE. S
ST. LOUIS PARK MN 55416


STAR TRIBUNE
425 PORTLAND AVENUE
MINNEAPOLIS MN 55488


SUMMIT BANK
651 N STILES ST
LINDEN NJ 07036-5759


SYSCO MINNESOTA
2400 COUNTY RD. J WEST
SAINT PAUL MN 55112-4507


TATIANA SOUKHANOVA
138 WILLOUGBY WAY WEST
MINNETONKA MN 55305


TORAH ACADEMY OF MINNESOTA
2800 JOPPA
MINNEAPOLIS MN 55416


VERIZON WIRELESS
PO BOX 790406
SAINT LOUIS MO 63179

WILFORD & GESKE
7650 CURRELL BOULEVARD, SUITE
SAINT PAUL MN 55125


WORKU MINDAYE
SHEGA INC.
2325 FRANKLIN AVE. E.
MINNEAPOLIS MN 55406


XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477


YESHIVA TORAS CHAIM
TALMUDICAL SEMINARY/DENVER
1555 STUART ST., PO BOX 40067
DENVER CO 80204