Form B18(Official Form 18)
(9/97)

# UNITED STATES BANKRUPTCY COURT
District of Minnesota

| | |
|---|---|
| In Re:<br>AHARON RONI SHALTIEL<br> 2636 TOLEDO AVE S<br> ST LOUIS PARK, MN 55416 | )<br>)<br>)<br>) Case Number: 05 - 40831<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>) |
| Debtor | )<br>) |
| Social Security Number:<br>Debtor:<br>xxx-xx-5250 | )<br>)<br>)<br>)<br>) |

## DISCHARGE OF DEBTOR

It appears that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:  05/23/05**

**BY THE COURT**

        ROBERT J KRESSEL        
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

| |
|---|
| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
| Filed and docket entry made on 05/23/05 |
| Lori Vosejpka Clerk |

Form B18 Continued
(9/97)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0864-4           User: user105              Page 1 of 2            Date Rcvd: May 23, 2005
Case: 05-40831                 Form ID: 318               Total Served: 65


The following entities were served by first class mail on May 25, 2005.
db         +SHALTIEL, AHARON RONI,    2636 TOLEDO AVE S,    ST  LOUIS PARK, MN 55416-1922
aty        +VAN HOUSE, DAVID J,    VAN HOUSE & ASSOCIATES PA,    200 VILLAGE CENTER DR STE 800,
             NORTH OAKS, MN 55127-7092
tr         +MORATZKA, TIMOTHY D,    901 MARQUETTE AVE STE 1400,    MINNEAPOLIS, MN 55402-3264
6259219    +ABRAHAM & HADASSAH LEVINE,    2506 INGLEWOOD AVE S,    ST LOUIS PARK MN 55416-3948
6259220    +ACORN,   1121 JACKSON ST NE,    MINNEAPOLIS MN 55413-8712
6259221    +ADVANTAGE COMPANY,    301 8TH AVE SE,    KASSON MN 55944-1629
6259222     ALTMAN & IZEK,    140 BASSETT CREEK BUSINESS CTR,    901 NORTH THIRD STREET,
             MINNEAPOLIS MN 55401-1001
6259223    +AMERICAN FAMILY INSURANCE,    CO CCS PAYMENT PROCESSING,    PO BOX 709,
             NEEDHAM HEIGHTS MA 02494-0005
6259224    +AMERICAN PAPER SUPPLY INC,    2201 FLORIDA AVE S,    MINNEAPOLIS MN 55426-2856
6259226    +B&W SPECIALTY COFFEE CO,    2010 E HENNEPIN,    MINNEAPOLIS MN 55413-2760
6259227    +BAIS YISROEL,    TWIN CITY KOLLEL,    4221 SUNSET BLVD,    ST LOUIS PARK MN 55416-4139
6259228    +BAKEMARK,    14675 MARTIN DRIVE,    EDEN PRAIRIE MN 55344-2007
6259229    +BALDINGER BAKING LP,    215 EVITA ST,    SAINT PAUL MN 55107-1697
6259231    +CENTER POINT ENERGY,    MINNEGASCO,    PO BOX 1297,    MINNEAPOLIS MN 55440-1297
6259232     CHAIM FINK,    4215 FADER WOOD RD,    ST LOUIS PARK MN 55416
6259233    +CHILDRENS MEDICAL CENTER,    1625 MARION STREET,    DENVER CO 80218-1514
6259234    +CINTAS CORPORATION,    11500 95TH AVE N,    MAPLE GROVE MN 55369-5559
6259235    +CITIZEN INDEPENDENT BANK,    5000 WEST 36TH STREET,    ST LOUIS PARK MN 55416-2630
6259236    +CITY OF ST LOUIS PARK,    PO BOX 16801,    ST LOUIS PARK MN 55416-0801
6259237    +CROSSTOWN MECHANICAL INC,    509 COMO AVE,    SAINT PAUL MN 55103-1505
6259238    +DANIEL SHER,    4633 CEDAR LAKE RD S,    ST LOUIS PARK MN 55416-3722
6259239    +DAVID AMIR,    3100 INGLEWOOD AVE S,    ST LOUIS PARK MN 55416-4146
6259240    +DAVID M RINE,    2444 W GREENLEAF AVE,    CHICAGO IL 60645-3304
6259241    +DOVE RINE,    6315 N WHAPPLE ST,    CHICAGO IL 60659-1419
6259242    +DR DAVID & VIVIAN BACANER,    5024 WEST 28TH ST,    ST LOUIS PARK MN 55416-1941
6259243    +DR DAVID HERTELENDY DMD,    CO ROSE & ERICKSON,    921 MAINSTREET PO BOX 5560,    HOPKINS MN 55343-7515
6259245     DR GERALD M B CHESTER,    700 LUMBER EXCHANGE BLDG,    MINNEAPOLIS MN 55402
6259246    +DR MARVIN & HADDASSA BACANER,    2900 THOMAS AVE S 2216,    MINNEAPOLIS MN 55416-4153
6259247    +DR SIDNEY W & BONNIE W KASS,    2721 GLENHURST AVE,    ST LOUIS PARK MN 55416-3909
6259248    +FARMERS INSURANCE GROUP,    PO BOX 1527,    AURORA IL 60507-1527
6259249    +FINE MANAGEMENT OF MN,    2101 HENNEPIN AVENUE,    MINNEAPOLIS MN 55405-2769
6259277     HENNEPIN COUNTY SHERIFF,    HENNEPIN COUNTY COURTHOUSE,    MINNEAPOLIS MN 55415
6259250    +HENNEPIN COUNTY TREASURER,    A600 GOVERNMENT CENTER,    MINNEAPOLIS MN 55487-0001
6259251    +INTEGRA TELECOM,    PO BOX 2966,    MILWAUKEE WI 53201-2966
6259252    +JEREL & JUDITH SHAPIRO,    2516 MONTEREY AVE S,    ST LOUIS PARK MN 55416-3956
6259253    +JOSEPH MANN & CREED,    20600 CHAGRIN BLVD SUITE 550,    SHAKER HEIGHTS OH 44122-5340
6259254    +KENESSETH ISRAEL CONGREGATION,    4330 W 28TH ST,    ST LOUIS PARK MN 55416-3999
6259255    +LARRY CAMP,    802 COUNTY RD D APT 210,    NEW BRIGHTON MN 55112-7549
6259256    +LIBERTY CARTON COMPANY,    PO BOX 86,    SDS 12-0731,    MINNEAPOLIS MN 55486-0086
6259257    +MESTIVA OF ALLEGHENY COUNTY,    1400 SUMMIT STREET,    WHITE OAK PA 15131-1548
6259258    +MINNESOTA DEPARTMENT OF EMPLOY,    UNEMPLOYMENT ACCOUNTS,    390 ROBERT ST N,
             SAINT PAUL MN 55101-1812
6259259    +MINNESOTA FAIR PLAIN,    PO BOX 581279,    MINNEAPOLIS MN 55458-1279
6259281    +MN DEPT OF REVENUE,    BANKRUPTCY SECTION,    PO BOX 64447,    ST PAUL MN 55164-0447
6259260    +MOHS TAX SERVICE,    1771 FORD PARKWAY,    SAINT PAUL MN 55116-2140
6259261    +MOSHE MORRIE LIBERMAN,    1833 JERSEY AVE S,    ST LOUIS PARK MN 55426-2146
6259262    +MULLIGAN & BJORNNES PLLP,    401 GROVELAND AVE,    MINNEAPOLIS MN 55403-3292
6259263    +OCWEN FEDERAL BANK,    12650 INGENUITY DRIVE,    ORLANDO FL 32826-2717
6259264    +PATRICK FISHER,    3110 RALEIGH AVE 202,    ST LOUIS PARK MN 55416-2228
6259265    +PHILIS RINE,    6315 N WHAPPLE ST,    CHICAGO IL 60659-1419
6259266    +RABBI SHIMON & HADASSAH PEREZ,    2934 PRINCETON AVE S,    ST LOUIS PARK MN 55416-1957
6259267    +STAR TRIBUNE,    425 PORTLAND AVENUE,    MINNEAPOLIS MN 55488-0002
6259268     SUMMIT BANK,    651 N STILES ST,    LINDEN NJ 07036-5759
6259269     SYSCO MINNESOTA,    2400 COUNTY RD J WEST,    SAINT PAUL MN 55112-4507
6259270    +TATIANA SOUKHANOVA,    138 WILLOUGBY WAY WEST,    MINNETONKA MN 55305-5354
6259271    +TORAH ACADEMY OF MINNESOTA,    2800 JOPPA,    MINNEAPOLIS MN 55416-4195
6259279    +UNITED STATES ATTORNEY,    600 US COURTHOUSE,    300 S 4TH ST,    MINNEAPOLIS MN 55415-3070
6259278    +UNITED STATES TRUSTEE,    1015 US COURTHOUSE,    300 S 4TH ST,    MINNEAPOLIS MN 55415-3070
6259273    +WILFORD & GESKE,    7650 CURRELL BOULEVARD SUITE,    SAINT PAUL MN 55125-2257
6259274    +WORKU MINDAYE,    SHEGA INC,    2325 FRANKLIN AVE E,    MINNEAPOLIS MN 55406-1024
6259275     XCEL ENERGY,    PO BOX 9477,    MINNEAPOLIS MN 55484-9477
6259276    +YESHIVA TORAS CHAIM,    TALMUDICAL SEMINARYDENVER,    1555 STUART ST PO BOX 40067,
             DENVER CO 80204-1246

The following entities were served by electronic transmission on May 24, 2005 and receipt of the transmission
was confirmed on:
6259225    +EDI: PHINAMERI.COM May 23 2005 21:09:00     AMERICREDIT,    4001 EMBARCADERO,
             ARLINGTON TX 76014-4106
6259230     EDI: CAPITALONE.COM May 23 2005 21:10:00     CAPITAL ONE,    PO BOX 34631,    SEATTLE WA 98124-1631
6259280    +E-mail: deed.bkpt.mpwr@state.mn.us May 24 2005 00:16:17     STATE OF MINNESOTA,
             DEPT OF MANPOWER SERVICES,    390 N ROBERT ST,    ST PAUL MN 55101-1812
6259272    +EDI: AFNIVZWIRE.COM May 23 2005 21:09:00     VERIZON WIRELESS,    PO BOX 790406,
             SAINT LOUIS MO 63179-0406
                                                                                               TOTAL: 4
```

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

```
District/off: 0864-4         User: user105           Page 2 of 2              Date Rcvd: May 23, 2005
Case: 05-40831               Form ID: 318            Total Served: 65

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 6259244   DR EPHRAYIM ZINBERG
                                                                                         TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2005**                    **Signature:**    _/s/ Joseph Speetjens_